UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN RE:

PETER DIAZ SANTIAGO                    Civil No. 05-1327 (JAF)
USDC-PR No. 215104

### O R D E R

At the regular Judges' meeting held on June 13, 2006, the court decided to approve Magistrate-Judge Vélez-Rivé's Report and Recommendation, filed May 5, 2006.

No disciplinary action will be taken against attorney Peter Díaz Santiago.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 19th day of June, 2006.

JOSE ANTONIO FUSTE
Chief U. S. District Judge